**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re

Betzaida A Lugo
aka Betzaida Amaralys Lugo-Serrano
aka Betzaida Sanchez

                      CHAPTER    7
                      CASE NO.    8:19-bk-03732-MGW

        Debtor(s)
_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the following:

Order Granting Motion For Relief From Stay On A Prospective Basis Pursuant To 11 U.S.C. Section 362 (d)(4) which is DE# 11 in this case was served as follows:

1.    By email transmission via CM/ECF on the same date as reflected on the Court's docket as the electronic filing date for the document to:

Laura M. Gallo 7211 N. Dale Mabry Hwy, Suite 228 Tampa, FL 33614

Traci K. Stevenson, Trustee P.O. Box 86690 Madeira Beach, FL 33738

AND

2.    By first class mail on June 10, 2019 to:

Betzaida A Lugo 15416 Florida Breeze Loop Wimauma, FL 33598

Arturo Sandoval-Aguilar 15416 Florida Breeze Loop Wimauma, FL 33598

                                                /s/ Nicole Mariani Noel
                                                Nicole Mariani Noel
                                                Kass Shuler, P.A.
                                                P.O. Box 800
                                                Tampa, FL 33601
                                                Phone: (813) 229-0900 Ext. 1343
                                                Fax:    (813) 229-3323
                                                nmnoel@kasslaw.com
                                                Florida Bar No. 69883

1455417E/jaw